UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MOGAN,

    Plaintiff,

v.

SACKS, RICKETTS & CASE LLP, et al.,

    Defendants.

Case No. 4:21-cv-08431-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

On December 3, 2021, Defendants Michele Floyd, Sacks, Ricketts & Case LLP, and Jacqueline Young filed a notice of related cases to inform the undersigned that they believed this case to be related to *Morgan v. Petrou*, 21-cv-06959-TSH, since both cases involve the same sanctions award in *McCluskey v. Jeff Henry, Dave Willner and Sanaz Ebrahimi,* San Francisco Superior Court No. 18-56774. (Dkt. No. 17 at 3.)

Defendants did not, however, file an administrative motion to consider whether cases should be related pursuant to Civil Local Rule 3-12(b). Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Thomas J. Hixson for consideration of whether the case is related to *Morgan v. Petrou*, 21-cv-06959-TSH.

**IT IS SO ORDERED.**

Dated: December 10, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge